NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE CLINT J. COLLINS, LAWRENCE J. ERTZ, AND JONATHAN J. TIEMEIER**

---

2011-1293
(Serial No. 11/033,533)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**JUDGMENT**

---

EVERETT G. DIEDERIKS, JR., Diederiks & Whitelaw, PLC, of Woodbridge, Virginia, argued for appellants. Of counsel was NICHOLAS S. WHITELAW.

WILLIAM LAMARCA, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were RAYMOND T. CHEN, Solicitor, and CHRISTINA J. HIEBER, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 February 10, 2012          /s/ Jan Horbaly
      Date                 Jan Horbaly
                             Clerk